AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

## APPEARANCE

Case Number: MJ 04-1685

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Phillip Asaro

I certify that I am admitted to practice in this court.

5/6/04
Date

Signature

Kirk Y. Griffin    211720
Print Name          Bar Number

50 Staniford St.
Address

Boston         MA        02114
City          State      Zip Code

617.367.0966   617.367.6736
Phone Number    Fax Number