AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

Phillip ASARO

**WARRANT FOR ARREST**

CASE NUMBER: 04-1685-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Phillip ASARO___
                                           Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND TO DISTRIBUTE COCAINE A SCHEDULE II CONTROLLED SUBSTANCE

in violation of Title __21__ United States Code, Section(s) __846__

Charles B. Swartwood                    U.S. MAGISTRATE JUDGE
Name of Issuing Officer                  Title of Issuing Officer

[signature]                              02-26-2004    BOSTON, MASSACHUSETTS
Signature of Issuing Officer             Date and Location

Bail fixed at $ _____                by _____
                                         Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
USMS Worcester, MA.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5-3-04 | S/A Jean Drouin | [signature] |
| DATE OF ARREST 5-1-04 | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Phillip ASARO

ALIAS: 

LAST KNOWN RESIDENCE: 238 SCHOOL STREET SOMERVILLE, MA

LAST KNOWN EMPLOYMENT: 

PLACE OF BIRTH: 

DATE OF BIRTH (4 digit year): 00-00-1973

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 5581

HEIGHT:                                      WEIGHT: 

SEX:    M                                    RACE: 

HAIR:                                        EYES: 

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: 


FBI NUMBER: 

COMPLETE DESCRIPTION OF AUTO: 


INVESTIGATIVE AGENCY AND ADDRESS: