TEL 617.367.0966
FAX 617.367.6736

LAW OFFICES
KIRK Y. GRIFFIN

FIFTY STANIFORD STREET, BOSTON, MASSACHUSETTS 02114

FILED
IN CLERK'S OFFICE

2004 MAY 25  P 12: 52

U.S. DISTRICT COURT
DISTRICT OF MASS.

May 24, 2004

Lisa Roland, Deputy Clerk
Clerk's Office
U.S. District Court
595 Main Street
Worcester, MA 01608-2076

　　　　　　　Re: **United States v. Philip Asaro, et.al.**
　　　　　　　　　Complaint No. 04-1685-CBS

Dear Clerk Roland,

　　Please be advised that the mortgage associated with the defendant's bail conditions was left for recording at the Middlesex South Registry of Deeds on May 12, 2004.

　　I stopped at the registry following a state court appearance and encountered a line of at least 40 people. The individual in charge of the information desk took the original together with my check for the $175 recordation fee and gave these in turn to the mail desk. She advised the original would be returned with the book and page information "in about eight weeks." That choice seemed as long as the line would take, so I opted for the economy of my effort and left.

　　AUSA Robert L. Peabody has been advised of those events and I am authorized to report he has no objection to the delay.

　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　Kirk Y. Griffin

KYG:mas
cc: AUSA Robert L. Peabody