AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    MA

UNITED STATES

V.

Phillip Asaro, Javier Angel Romero

**EXHIBIT AND WITNESS LIST**

Case Number: 04-1785-CBS

| PRESIDING JUDGE<br>Charles B. Swartwood, III | PLAINTIFF'S ATTORNEY<br>Peabody | DEFENDANT'S ATTORNEY<br>Griffen, Buso |
|---|---|---|
| TRIAL DATE (S)<br>6/29/2004 | COURT REPORTER<br>10:18 A | COURTROOM DEPUTY<br>Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  | Witnesses |
|  |  | 6/29/2004 |  |  | Agent Jean Drouin |
|  |  |  |  |  |  |
|  |  |  |  |  | Exhibits |
| 1 |  | 6/29/2004 | X | X | Complaint and Affidavit |
|  | A | 6/29/2004 | X | X | Copy of Greencard/Romero |
|  | B | 6/29/2004 | X | X | Passport/Romero |
|  | C | 6/29/2004 | X | X | Payroll Records/Romero |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages