```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

6/10/04
4:0 PM

FILED
CLERK'S OFFICE

2004 JUN -9 P 12: 53

U.S. DISTRICT COURT
DISTRICT OF MASS

```
* * * * * * * * * * * * * * * *
                              *
                              *
                              *
UNITED STATES OF AMERICA      *
                              *
                              *
          v.                  *    CRIMINAL COMPLAINT
                              *
                              *    Case No: 04 1685 CBS
PHILIP ASARO, et.al.          *
                              *
                              *
* * * * * * * * * * * * * * * *
```

## DEFENDANT'S FIRST MOTION FOR
## MODIFICATION OF BAIL CONDITIONS
## (ASSENTED TO)


The defendant, Phillip Asaro, in the above-captioned cause respectfully moves that the court modify the terms and conditions of his current bail provisions.

And as reasons therefore, the defendant represents to the court that:

(01)   On May 11, 2004, the defendant was released on bail pursuant to an **Order Setting Conditions of Release** (Swartwood, USMJ) that included a prohibition (par. "i") as to "travel outside of Massachusetts."

1

(02)    The defendant operates Patriot Paving & Construction with offices at 77 Alexander Road, Billerica, MA 01821. The potential customer base for his services includes southern New Hampshire and southern Maine.

(03)    To enable the defendant to conduct that business most effectively, it will on occasion be necessary for him to travel to both New Hampshire and Maine. Accordingly, he requests that the conditions of release as to geographical restrictions be amended for that limited purpose.

(04)    Undersigned counsel is authorized to report that the attorney for the government, AUSA Robert L. Peabody, has no objection to the requested modification.

WHEREFORE, the defendant moves that the conditions of his bail be modified to permit travel to New Hampshire and/or Maine for the purposes of securing and performing paving work.

PHILIP ASARO
By his attorney,

Kirk Y. Griffin
50 Staniford Street
Boston, MA 02114

DATED: June 8, 2004                              617.367.0966

2

ASSENTED TO:

*/s/ Robert L. Peabody*

AUSA Robert L. Peabody
Office of the United States Attorney
U.S. Courthouse (Suite 9200)
1 Courthouse Way
Boston, MA 02110

617.748.3240

**CERTIFICATE OF SERVICE**

I, Kirk Y. Griffin, do hereby certify that on June 8, 2004, I caused to be delivered by postage pre-paid first-class mail a copy of the within pleading to a counsel of record for the United States:

           AUSA Robert L. Peabody
           Office of the United States Attorney
           U.S. Courthouse (Suite 9200)
           1 Courthouse Way
           Boston, MA 02210

                                   */s/ Kirk Y. Griffin*