UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **CRIMINAL ACTION** |
| ) | **NO. 04-1685-CBS** |
| PHILLIP ASARO, a/k/a Phil, ET AL, ) | |
| Defendants, ) | |

**AMENDMENT TO CONDITIONS OF RELEASE**
**July 2, 2004**

**SWARTWOOD, M.J.**

Following a hearing held on June 29, 2004, I agreed to modify/amend Mr. Asaro's conditions of release as follows:

1. The "no gambling" condition is deleted; and

2. In addition to the District of Massachusetts, Mr. Asaro's travel may include the Districts of New Hampshire, Maine and Connecticut.

In all other respects, Mr. Asaro's remaining conditions of release remain in force and affect.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE